UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM F. TREBAS JR., <br><br> Plaintiff, <br><br> vs. <br><br> ALLY BANK,, <br><br> Defendant. | Case No. CV-18-201-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Trebas' Complaint is DISMISSED without leave to amend.

    Dated this 26th day of April, 2019.

                              TYLER P. GILMAN, CLERK

                              By: /s/ A. Puhrmann
                              A. Puhrmann, Deputy Clerk